```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 7 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      v.

CALVIN JOYNER,

          Defendant.

- - - - - - - - - - - - - - - - X

INDICTMENT

**07 CRIM 319**

COUNT ONE

The Grand Jury charges:

On or about January 31, 2007, in the Southern District of New York, CALVIN JOYNER, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about February 15, 2005, for attempted robbery in the second degree, a Class D Felony, in New York County Supreme Court, unlawfully, willfully, and knowingly did possess in and affecting interstate commerce, a firearm, to wit, an Industria National de Armes 32 caliber revolver, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_/s/ Grace Simacchia Paris_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CALVIN JOYNER,

Defendant.

**INDICTMENT**

07 Cr. ___

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Grace Lamarchia-Paris*
Foreperson.

*P ct 11/87*
*R C*
*4/17/07*

*Indictment filed, case assigned to Judge Hellerstein*

*F. Maas, USMJ*