# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/07

May 15, 2007

**BY FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MAY 15 2007
ALVIN K. HELLERSTEIN
U.S.D.J.

   Re: **United States v. Calvin Joyner**
       07 Cr. 319 (AKH)

Dear Judge Hellerstein:

   I write on behalf of my client, Calvin Joyner to request an adjournment of the status conference in the above-reference case, which is currently scheduled for May 17, 2007. Sadly, my grandfather has passed away and I need to take the rest of the week off to attend the funeral. I have spoken with Your Honor's courtroom deputy, Ms. Jones, and she has advised me that June 5, 2007 at 3:00 would be a convenient time for the Court. I have spoken to the Government and they consent to this request. Should the Court grant an adjournment, I consent to the exclusion of time under the Speedy Trial Act.

*[Handwritten: The conf. is adjourned, all time is excluded, to June 5, 2007, at 3:00 p.m. 5-16-07 /s/ Alvin K. Hellerstein]*

Respectfully submitted,

PETER TSAPATSARIS
Assistant Federal Defender
(212) 417-8713

SO ORDERED:

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

cc:  John Zach, Esq.
     Assistant U.S. Attorney/SDNY

TOTAL P.002