UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
United States of America,

              -against-

Calvin Joyner,

              Defendant.
-------------------------------------------------------------

**ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE**

07 Cr. 319-01(AKH)(THK)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/12/07]

ALVIN K. HELLERSTEIN, U.S.D.J.:

    WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Theodore H. Katz on July 11, 2007;

    WHEREAS a transcript of the allocution was made; and

    WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

    SO ORDERED

Dated:     New York, New York
             September 12, 2007

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge