# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director and Attorney-in-Chief*



Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

September 12, 2007

**BY FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/07

Re: **United States v. Calvin Joyner**
    07 Cr. 319 (AKH)

Dear Judge Hellerstein:

   I write on behalf of my client, Calvin Joyner to request an adjournment of sentencing in the above-reference case, which is currently scheduled for September 17, 2007. The adjournment is necessary for the defense to receive Mr. Joyner's school and medical records, which have been ordered but not yet received and are relevant to his sentencing. I have spoken to the Government and they consent to this request. The Defense requests a date during the week of October 15, 2007. @ 4:00 p.m.

Respectfully submitted,

PETER TSAPATSARIS
Assistant Federal Defender
(212) 417-8713

SO ORDERED: Sentency will be 10/11/07 4:00 p.m.

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

9-17-07

cc: John Zach, Esq.
    Assistant U.S. Attorney/SDNY

TOTAL P.002