# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director and
Attorney-in-Chief

Southern District of New York
John J. Byrnes
Attorney-in-Charge

October 1, 2007

*[Handwritten endorsement: Sentencing is adjourned to Nov. 16, 2007, at 11:30 am. 10/3/07 /s/ A.K. Hellerstein]*

**BY HAND AND FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Calvin Joyner**
    07 Cr. 319 (AKH)

Dear Judge Hellerstein:

This is to request an adjournment of approximately one month for the sentencing hearing in the above captioned case presently scheduled for October 15, 2007.

Peter Tsapatsaris, the attorney of record for Mr. Joyner, is leaving our office on October 5, 2007 for a new position. This necessitates a reassignment in our office to another attorney. I expect a replacement lawyer on October 29, 2007. The new attorney will be prepared to go forward with sentence as proposed in this letter.

The defendant consents to this adjournment. I have also spoken to John Zach on behalf of the government who consents to this request.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 10/3/07]*

**MEMO ENDORSED**

Respectfully submitted,

*[signature]*

JOHN J. BYRNES
Attorney-in-Charge
(212) 417-8735

SO ORDERED:

*[signature]*

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

cc: John Zach, Esq.
    Assistant U.S. Attorney/SDNY