# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

NOV 14 2007

November 5, 2007

**BY FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Sentencing is adjourned to November 30, 2007 at 12:00pm*
*11-15-07*
*AKHellerstein*

Re: **United States v. Calvin Joyner**
    07 Cr. 319 (AKH)

Dear Judge Hellerstein:

This is to request a brief adjournment for the sentencing hearing in the above captioned case presently scheduled for November 16, 2007 until the week of November 26, 2007.

Peter Tsapatsaris, the attorney of record for Mr. Joyner, has left the Federal Defenders and I have recently been assigned to replace him as counsel. I request this brief adjournment to permit me sufficient time to meet with the client and review his case prior to submitting defense's sentencing submission to Your Honor.

I have spoken with Assistant United States Attorney John Zach on behalf of the government and he consents to this request.

If necessary for any reason, I can be reached directly at (212) 417-8713.

Respectfully submitted,

Sabrina P. Shroff
Assistant Federal Defender

**SO ENDORSED**

SO ORDERED:

_____
**HONORABLE ALVIN K. HELLERSTEIN**
UNITED STATES DISTRICT JUDGE

11/16/07

cc: John Zach, Esq.
    Assistant U.S. Attorney, SDNY

TOTAL P.002